UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>    Plaintiff,<br> v.<br><br>THE RIAN GROUP INC et al.,<br><br>    Defendants. | CASE NO. 3:23-cv-05452-DGE<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

The Motion for Extension of Time to Respond to the Complaint filed by defendants The Rian Group, Inc., an Oregon company, The Rian Group, Inc., a Texas company, and Aaron Rian (collectively, "Defendants") came on for hearing on June 2, 2023. Upon review of the papers submitted, and good cause appearing, it is hereby ORDERED THAT:

1. Defendants' Motion for Extension of Time to Respond to the Complaint is GRANTED.

2. Defendants are ordered to respond to Plaintiff's Second Amended Complaint no later than June 15, 2023.

ORDER GRANTING - 1

1   IT IS SO ORDERED.

2

3   Dated this 12th day of June, 2023.

4

5

6   David G. Estudillo
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RESPOND TO THE COMPLAINT - 2